```
1  ROBERT L. FORKNER (CSB# 1066097)
   Law Offices of ROBERT L. FORKNER
2  722 Thirteenth Street
   Modesto, CA 95354
3  Telephone:     (209) 544-0200
   Fax:           (209) 544-1860
4

5  Attorneys for Defendant
   IGNACIO VILLEGAS
6
```

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | THE UNITED STATES OF AMERICA, ) | CRF. No. CR-2-05-290 WBS |
| 11 | Plaintiffs, ) ) | SUBSTITUTION OF ATTORNEY |
| 12 | ) | |
| 13 | IGNACIO VILLEGAS, ) | |
| 14 | Defendant. ) | |
| 15 | _____/ | |

16     Defendant, IGNACIO VILLEGAS, hereby substitutes ROBERT L.

17 FORKNER, with law offices at 722 Thirteenth Street, Modesto,

18 California 95354 in place and stead of JEFFREY EUGENE ELLIOTT,

19 Attorney at Law.

20 Dated: 12/12/05                    /s/ Ignacio Villegas
                                      IGNACIO VILLEGAS
21

22 Dated: 12/13/05                    /s/ Jeffrey Eugene Elliott
                                      JEFFREY EUGENE ELLIOTT
23                                    Attorney at Law

24

25 ///

26 ///

27 ///

28 ///

1  I ACCEPT THE ABOVE SUBSTITUTION

2  Dated: 12/12/05                       /s/ Robert L. Forkner
                                         ROBERT L. FORKNER
3                                        Attorney at Law

4  IT IS SO ORDERED

5  Dated:   December 16, 2005

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE